**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

RALPH H. COWGILL,
              *Plaintiff-Appellant,*

v.

GREENVILLE COUNTY SOLICITORS
OFFICE; GREENVILLE COUNTY, SOUTH
CAROLINA, SHERIFF AND SHERIFF'S
DEPARTMENT; GREENVILLE POLICE
DEPARTMENT; SOUTH CAROLINA LAW
ENFORCEMENT DIVISION;
PROBATION AND PAROLE SPECIAL
SERVICES,
              *Defendants-Appellees.*

No. 01-2171

RALPH H. COWGILL,
              *Plaintiff-Appellant,*

v.

FEDERAL BUREAU OF INVESTIGATION;
UNITED STATES MARSHALS SERVICE;
DRUG ENFORCEMENT ADMINISTRATION;
SOUTH CAROLINA HIGHWAY PATROL;
GREER POLICE,
              *Defendants-Appellees.*

No. 01-2172

RALPH H. COWGILL,
            *Plaintiff-Appellant,*

            v.

GREENVILLE COUNTY, SOUTH
CAROLINA, SHERIFF AND SHERIFF'S
DEPARTMENT; SPECIAL SERVICES;
SLED; GREENVILLE POLICE
DEPARTMENT; GREENVILLE COUNTY
PROBATION AND PAROLE; GREENVILLE
COUNTY SOLICITORS OFFICE;
GREENVILLE COUNTY CLERK OF
COURT; GREENVILLE COUNTY
DETENTION CENTER; GREENVILLE
COUNTY DEPARTMENT OF
CORRECTIONS,
            *Defendants-Appellees.*

No. 01-2173

RALPH H. COWGILL,
            *Plaintiff-Appellant,*

            v.

DOVE BROADCASTING, INCORPORATED;
TBN BROADCASTING,
            *Defendants-Appellees.*

No. 01-2174

RALPH H. COWGILL,

*Plaintiff-Appellant,*

v.

EX PRESIDENT BILL CLINTON AND MRS. BILL CLINTON; EX VICE PRESIDENT AL GORE AND MRS. AL GORE; EX ATTORNEY GENERAL JANET RENO,

*Defendants-Appellees.*

No. 01-2222

RALPH H. COWGILL,

*Plaintiff-Appellant,*

v.

FEDERAL BUREAU OF INVESTIGATION; DRUG ENFORCEMENT ADMINISTRATION; UNITED STATES MARSHAL'S SERVICE; UNITED STATES ATTORNEYS; CLERK OF COURT; HIGHWAY PATROL; CITY OF GREER POLICE DEPARTMENT; UNITED STATES GOVERNMENT,

*Defendants-Appellees.*

No. 01-2223

RALPH H. COWGILL,
    *Plaintiff-Appellant,*

v.

GREENVILLE COUNTY SOLICITORS
OFFICE; GREENVILLE COUNTY, SOUTH
CAROLINA, SHERIFF AND SHERIFF'S
DEPARTMENT; GREENVILLE POLICE
DEPARTMENT; SOUTH CAROLINA LAW
ENFORCEMENT DIVISION;
PROBATION AND PAROLE SPECIAL
SERVICES,
    *Defendants-Appellees.*

No. 02-1029

RALPH H. COWGILL,
    *Plaintiff-Appellant,*

v.

FEDERAL BUREAU OF INVESTIGATION;
UNITED STATES MARSHALS SERVICE;
DRUG ENFORCEMENT ADMINISTRATION;
THE SOUTH CAROLINA HIGHWAY
PATROL; GREER POLICE DEPARTMENT,
    *Defendants-Appellees.*

No. 02-1030

Ralph H. Cowgill,
                    *Plaintiff-Appellant,*

                    v.

Greenville County, South
Carolina, Sheriff and Sheriff's
Department; Special Services;
SLED; Greenville Police
Department; Greenville County                    No. 02-1031
Probation and Parole; Greenville
County Solicitors Office;
Greenville County Clerk of
Court; Greenville County
Detention Center; Greenville
County Department of
Corrections,
                    *Defendants-Appellees.*

Ralph H. Cowgill,
                    *Plaintiff-Appellant,*

                    v.                    No. 02-1032

Dove Broadcasting, Incorporated;
TBN Broadcasting,
                    *Defendants-Appellees.*

RALPH H. COWGILL,

        *Plaintiff-Appellant,*

        v.

EX PRESIDENT BILL CLINTON AND
MRS. BILL CLINTON; EX VICE
PRESIDENT AL GORE AND MRS. AL
GORE; EX ATTORNEY GENERAL JANET
RENO,

        *Defendants-Appellees.*

No. 02-1033

RALPH H. COWGILL,

        *Plaintiff-Appellant,*

        v.

FEDERAL BUREAU OF INVESTIGATION;
DRUG ENFORCEMENT ADMINISTRATION;
UNITED STATES MARSHAL'S SERVICE;
UNITED STATES ATTORNEY; CLERK OF
COURT; HIGHWAY PATROL; CITY OF
GREER POLICE DEPARTMENT; US
GOVERNMENT,

        *Defendants-Appellees.*

No. 02-1034

Appeals from the United States District Court
for the District of South Carolina, at Greenville.
Henry M. Herlong, Jr., District Judge.
(CA-01-2550-6-20BG, CA-01-2551-6-20BG, CA-01-2937-6-20BG,
CA-01-3135-6-20BG, CA-01-2936-6-20BG, CA-01-2938-6-20BG)

Submitted: February 27, 2002

Decided: March 19, 2002

Before WIDENER, MOTZ, and GREGORY, Circuit Judges.

Affirmed in part and dismissed in part by unpublished per curiam opinion.

---

## COUNSEL

Ralph H. Cowgill, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

## OPINION

PER CURIAM:

Ralph H. Cowgill appeals several district court orders, four orders accepting a magistrate judge's recommendation to dismiss Cowgill's civil complaints, two orders adopting a magistrate judge's report and recommendation because Cowgill failed to file objections to the report, and six orders imposing pre-filing injunctions.

In Appeal Nos. 01-2171, 01-2172, 01-2173, and 01-2222, we find no reversible error in the district court's accepting a magistrate judge's recommendations to dismiss Cowgill's various frivolous claims against multiple federal, state, local, and private entities. Accordingly, we affirm on the reasoning of the district court. *Cowgill v. Greenville County Solicitors Office*; *Cowgill v. FBI*; *Cowgill v. Greenville County*; and *Cowgill v. Clinton*, Nos. CA-01-2550-06-20BG; CA-01-2551-6-20BG; CA-01-2937-6-20BG & CA-01-2936-6-20BG (D.S.C. filed Aug. 30, 2001 & entered Aug. 31, 2001; Aug. 30, 2001; filed Aug. 30, 2001 & entered Aug. 31, 2001; Aug. 8, 2001). We affirm the district court's orders in Appeal Nos. 01-2174 and 01-2223 because Cowgill failed to object to the magistrate judge's report after receiving proper notice. *See Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985) (the timely filing of objections to the magistrate judge's recommendation is necessary to preserve appellate

review of the substance of that recommendation when the parties have been warned that failure to object will waive appellate review).

We further dismiss Appeal Nos. 02-1029, 02-1031, and 02-1032 for lack of jurisdiction because the notices of appeal in these cases were not timely filed. It was incumbent upon Cowgill to file his notices of appeal to the subject court orders imposing a pre-filing injunction within thirty days. Fed. R. App. P. 4(a)(1). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corr.*, 434 U.S. 257, 267 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229 (1960)). Because Cowgill filed his notices of appeal in these actions outside the thirty-day limitations period, we dismiss these appeals for lack of jurisdiction. With respect to Appeal Nos. 02-1030, 02-1033, and 02-1034, we find no reversible error in the district court's imposition of pre-filing injunctions against Cowgill. Accordingly, we affirm on the reasoning of the district court. *Cowgill v. FBI*; *Cowgill v. Clinton*; and *Cowgill v. FBI*, Nos. CA-01-2551-6-20BG; CA-01-2936-6-20BG & CA-01-2938-6-20BG (D.S.C. filed Oct. 30, 2001; entered Oct. 31, 2001).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED IN PART; DISMISSED IN PART*